ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Appellant, *v.* RODNEY S. HATCH et al., Respondents.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 507.)

In the Matter of the Accounting of JAMES L. STONER et al., as Executors of JOHN T. WELSH, Respondents.

JAMES L. STONER et al., Appellants and Respondents; MARY WELSH, Respondent and Appellant.

JULIA R. WELSH et al., Respondents.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 184.)

In the Matter of MENDOZA FUR DYEING WORKS, INC., Respondent, against FRANK J. TAYLOR, as Comptroller of the City of New York, Appellant.

Submitted March 1, 1937; decided March 9, 1937.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 275.)